April 7, 1975.

C. A. No. 73-278. STATE *v.* JOHN EUART. No cause having been shown in response to the order entered on February 20,

1975 the appeal of defendant, John Euart, is dismissed. *Julius C. Michaelson,* Attorney General, for plaintiff. *Andrew A. Bucci,* for defendant.